12829.   COLE *v.* SANDEFUR-HARWELL CLOTHING COMPANY.

LUKE, J.   The bill of exceptions containing no assignment of error upon the overruling of the motion for a new trial, and the only judgment upon which error is assigned being the direction of a verdict, and the judgment thereon having been entered more than thirty days before the bill of exceptions was tendered, and the plaintiff in error having failed to file exceptions pendente lite, the writ of error must be dismissed.

   *Writ of error dismissed.   Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED JANUARY 17, 1922.

   Complaint; from city court of Macon — Judge Gunn.   July 22, 1921.

   *Clements & Clements, Sam. B. Hunter,* for plaintiff in error.

   *G. M. Nottingham, E. W. Maynard,* contra.